*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, PICTON, and HARRELL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Cameron E. BLACKMORE**
Aerographer's Mate Airman (E-3), U.S. Navy
*Appellant*

**No. 202400042**

_____

Decided: 5 September 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Benjamin Garcia

Sentence adjudged 20 October 2023 by a general court-martial convened at Fleet Activities, Yokosuka, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 41 months, and a dishonorable discharge.[1]

For Appellant:
*Commander Jesse A. Schaefer, JAGC, USN*

---

[1] Appellant was credited with have served 221 days of pretrial confinement.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.